**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM STRIEBE,<br>*Plaintiff*,<br><br>v.<br><br>FILMHEDGE, LLC,<br>MEDIAHEDGE, INC., and<br>JONATHAN DWAYNE (“JON”)<br>GOSIER,<br>*Defendants.*<br><br>FILMHEDGE, LLC,<br>MEDIAHEDGE, INC., and<br>JONATHAN DWAYNE (“JON”)<br>GOSIER,<br>*Third-Party Plaintiffs,*<br><br>v.<br><br>KRISTY MORGAN<br>*Third-Party Defendant.* | Civil Action No.: 1:26-cv-02674-MHC |

**DEFENDANTS’ CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- FilmHedge, LLC, Defendant / Third-Party Plaintiff
- MediaHedge, Inc., Defendant / Third-Party Plaintiff

- Jonathan Dwayne "Jon" Gosier, Defendant / Third-Party Plaintiff
- Kristy Morgan, Third-Party Defendant
- William Striebe, Plaintiff
- MediaHedge, Inc. does not own 10% or more of the stock of a party or proposed intervenor.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- Offit Kurman, P.A.
- Frank G. Goldman, P.C.
- FilmHedge, LLC
- MediaHedge, Inc.
- Jonathan Dwayne "Jon" Gosier

- Investors of MediaHedge, Inc.
- Co-lenders of FilmHedge, LLC
- Koo Capital, LLC
- Spaceport Technologies, Inc.
- Joseph "Mickey" Vetter
- Erik Gordon

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Natalie N. Mark, Offit Kurman, Counsel for Defendants / Third-Party Plaintiffs
- Henry M. Quillian III, Offit Kurman, Counsel for Defendants / Third-Party Plaintiffs
- Marissa Torgerson, Offit Kurman, Counsel for Defendants / Third-Party Plaintiffs
- Frank G. Goldman, Frank G. Goldman, P.C., Counsel for Plaintiff

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is

attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- William Striebe, Florida
- MediaHedge, Inc., Delaware
- FilmHedge, LLC, Georgia and Delaware
  - Sole member of FilmHedge, LLC is MediaHedge, Inc.
- Jonathan "Jon" Gosier, Georgia
- Kristy Morgan, Canada

Submitted this 14th day of August, 2026.

OFFIT KURMAN PA

*/s/ Natalie N. Mark*
Natalie N. Mark
Georgia Bar No. 578525
Henry M. Quillian III
Georgia Bar No. 003160
Marissa Torgerson
Georgia Bar No. 848356

*Attorneys for Defendants / Third-Party Plaintiffs*

2300 Windy Ridge Parkway SE
Suite 840N
Atlanta, Georgia 30339
Telephone: 770-264-1395

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the ***Defendants' Certificate of Interested Persons and Corporate Disclosure Statement*** has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

*/s/ Natalie N. Mark*
Natalie N. Mark
Georgia Bar No. 578525
Henry M. Quillian III
Georgia Bar No. 003160
Marissa Torgerson
Georgia Bar No. 848356

**CERTIFICATE OF SERVICE**

This is to hereby certify that the foregoing ***Defendants' Certificate of Interested Persons and Corporate Disclosure Statement*** has been served upon counsel for the parties via CM/ECF, which will send a copy to all counsel of record as follows:

Frank G. Goldman, Esq.
Frank G. Goldman, P.C.
PO Box 202
Avondale Estates, GA 30002
fgoldman@fggpc.com

This 14th day of August, 2026.

*/s/ Natalie N. Mark*
Natalie N. Mark
Georgia Bar No. 578525
Henry M. Quillian III
Georgia Bar No. 003160
Marissa Torgerson
Georgia Bar No. 848356

4928-5893-2935, v. 2